# Hotel St. Augustine

Balance Sheet
May 31, 2011 and May 31, 2010

**Unaudited**

## ASSETS

|  | Current Year | Previous Year |
|---|---:|---:|
| **Current assets:** |  |  |
| House Funds | 395.00 | 0.00 |
| Operating/AP | 79,618.07 | 0.00 |
| Operations Payroll | 19.30 | 0.00 |
| A/R City Ledger | 16,427.81 | 0.00 |
| A/R Guest Ledger | 31,630.51 | 0.00 |
| Inventory MiniBar Misc | 2,503.13 | 0.00 |
| Prepaid Operating Expense | 12,370.81 | 0.00 |
| Prepaid Insurance | 14,448.73 | 0.00 |
| Security Deposits | 3,447.00 | 0.00 |
| Other Fixed Assets | 3,553.50 | 0.00 |
| Building | 27,835.00 | 0.00 |
| Building Improvements | 5,172.44 | 0.00 |
| Furniture Fixtures & Equipment | 5,146.00 | 0.00 |
| Machinery & Equipment | 4,032.40 | 0.00 |
| Computers | 2,846.25 | 0.00 |
| Total current assets | 209,445.95 | 0.00 |
| **Fixed assets:** |  |  |
|  | 0.00 | 0.00 |
| **Other assets:** |  |  |
| Accounts Payable Trade | (17,348.63) | 0.00 |
| A/D Advance Deposits | (52,537.95) | 0.00 |
| Sales & Use Tax Payable | (1,034.08) | 0.00 |
| Occupancy Tax Payable | (9,716.98) | 0.00 |
| Accrued Operating Expenses | (52,032.36) | 0.00 |
| Accrued Utilities | (2,104.88) | 0.00 |
| Property Taxes Real Estate | (7,167.00) | 0.00 |
| Payroll Clearing | (31,607.79) | 0.00 |
| Accrued Vacation | (7,456.00) | 0.00 |
| Accrued Real Est/Pers Property Tɨ | (8,643.89) | 0.00 |
|  | (189,649.56) | 0.00 |
|  | 19,796.39 | 0.00 |

## LIABILITY AND SHAREHOLDER'S EQUITY

| | | |
|---|---:|---:|
| Current liabilities: | | |
|     Equity Owner 1 | (42,978.77) | 0.00 |
|     Total current liabilities | (42,978.77) | 0.00 |
| Long term liabilities: | | |
| | 0.00 | 0.00 |
| Shareholder's equity: | | |
|     Profit (loss) for period | 62,775.16 | 0.00 |
|     Total shareholder's equity | 62,775.16 | 0.00 |
| | 19,796.39 | 0.00 |